Same case below, 625 F.3d 940.

Same case below, 406 Fed. Appx. 223.

**No. 10-9673. Bruce Okello Joseph, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2165, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3193.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9684. Spencer Heckathorne, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2165, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3224.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9677. Melinda A. Cohran, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2165, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3194.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 393 Fed. Appx. 596.

**No. 10-9688. Stephen Wayne Norwood, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2166, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3305.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9689. Roberto Rodriguez, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2166, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3213.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 628 F.3d 1258.

**No. 10-9678. Billy R. Dickson, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2165, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3280.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 931.

**No. 10-9679. Manuel Loma-Torres, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2165, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3279.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9691. Ben Daranda, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2166, 179 L. Ed. 2d 946, 2011 U.S. LEXIS 3331.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 834.